FILED: December 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7358
(5:03-cr-00249-BR-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

THOMAS ANDREW MILLS, SR.

      Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered December 8, 2014, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*