# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 6, 2015

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219



    Re: Thomas Andrew Mills, Sr.
        v. United States
        Application No. 14A926
        (Your No. 13-7358)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on March 6, 2015, extended the time to and including May 7, 2015.

    This letter has been sent to those designated on the attached notification list.

                              Sincerely,

                              Scott S. Harris, Clerk

                              by

                              Erik Fossum
                              Case Analyst